### L. F. CLAUSSEN v. STATE.

No. A-5111. Opinion Filed June 13, 1925.
(236 Pac. 1118.)

J. Q. A. Harrod, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. L. F. Claussen was convicted in the

county court of Oklahoma county of maintaining a public nuisance, and appealed to this court. Satisfactory proof having been here made, showing that the plaintiff in error departed this life on the 11th day of March, 1925, the appeal is ordered abated.